IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00848–DME–KMT

UNION BAPTIST CHURCH d/b/a Union Missionary Baptist Church,
DR. GREGORY D. JOHNSON, individually and as President and Pastor of Union Baptist Church,
SISTER HELENE WARD, individually and as Director/Trustee of Union Baptist Church;
BROTHER JAMES ANDERSON, individually and as Director/Trustee of Union Baptist Church,
SISTER MARGARET BASS, individually and as an Officer/Secretary/Treasurer of Union Baptist Church,

    Plaintiffs,

v.

BRADSHAW MURPHY,
CALVIN PATRICK,
CHARLEY PETTES,
LARRY EVANS,
SANDRA COATES,
CARAMEL ROUSE,
DIAN MCMILLON, and
PAULA CROWE,
individually and as members of Union Baptist Church,
CITIWIDE BANK,
AMBROSE SLAUGHTER, individually and as a secondary employee member of the Denver Police Department,
JAY SCOTT, individually and as a secondary employee member of the Denver Police Department, and
THE DENVER POLICE DEPARTMENT,

    Defendants.

    And

CITYWIDE BANKS, a Colorado state-chartered banking corporation

    Third-Party Plaintiff,

v.

UMB BANK COLORADO, a Colorado corporation,

    Third-Party Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Motion to Clarify the Court's December 14, 2007 Order (#14, filed April 24, 2008) and the Expedited Motion for Extension of Time to File Response as to Motion to Clarify (#15, filed April 24, 2008) are motions which were filed in the state court action. This court cannot rule on a motion to clarify a ruling made in another court. Therefore, the Clerk of the Court is directed to terminate the motions (#14 and #15) pending before this court.

Dated: May 19, 2008