**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 08-cv-00848-DME-KMT          FTR

**Date:** September 11, 2008


| | |
|---|---|
| UNION BAPTIST CHURCH d/b/a Union Missionary Baptist Church;<br>DR. GREGORY D. JOHNSON, individually and as President and Pastor of Union Baptist Church;<br>SISTER HELENE WARD, individually and as Director/Trustee of Union Baptist Church;<br>BROTHER JAMES ANDERSON, individually and as Director/Trustee of Union Baptist Church;<br>SISTER MARGARET BASS, individually and as an Officer/Secretary/Treasurer of Union Baptist Church, | Glenn F. Younger |

    Plaintiffs.

v.

| | |
|---|---|
| BRADSHAW MURPHY,<br>CALVIN PATRICK,<br>CHARLEY PETTES,<br>LARRY EVANS,<br>SANDRA COATES,<br>CARAMEL ROUSE,<br>DIAN McMILLON,<br>PAULA CROWE,<br>CITIWIDE BANK,<br>AMBROSE SLAUGHTER, individually and as a secondary employee of the Denver Police Department,<br>JAY SCOTT, individually and as a secondary employee of the Denver Police Department, and<br>THE DENVER POLICE DEPARTMENT, | Suzanne Fasing |

    Defendants,

-and-

UMB BANK COLORADO,
    Counterclaimant,

v.

CITYWIDE BANK,

Counterclaim-Defendant,

-and-

AMBROSE SLAUGHTER and JAY SCOTT,
    Counterclaimants,

v.

UNION BAPTIST CHURCH d/b/a Union Missionary Baptist Church,
    Counterclaim Defendant,

-and-

AMBROSE SLAUGHTER and JAY SCOTT,
    Crossclaimants,

v.

BRADSHAW MURPHY,
CHARLEY PETTES,
    Crossclaim Defendants.

## COURTROOM MINUTES

**SETTLEMENT CONFERENCE**

**4:45 p.m.** **Court in session.**

**ORDERED:** The record is **sealed**.

Plaintiffs and Denver Police Department Defendants have reached a settlement.

Settlement Agreement placed on the record.

**ORDERED:** Plaintiffs' Amended Motion to File an Amended Complaint, Add Party Defendants and Amend Caption **(50)** and Defendant Slaughter's and Defendant Scott's Motion for Leave to Amend or Supplement Answers to Assert Counterclaims and Crossclaims **(52)** are **withdrawn with prejudice**.

**4:51 p.m.** **Court in recess.**

Total settlement conference time: 12:00
Total in-court time: 00:06

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119