IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00848-DME-KMT

UNION BAPTIST CHURCH D/B/A UNION MISSIONARY BAPTIST CHURCH;
DR. GREGORY D. JOHNSON, individually and as President and Pastor of Union Baptist Church;
SISTER HELENE WARD, individually and as Director/Trustee of Union Baptist Church;
BROTHER JAMES ANDERSON, individually and as Director/Trustee of Union Baptist Church;
SISTER MARGARET BASS, individually and as an Officer/Secretary/Treasurer of Union Baptist Church,

    Plaintiffs,

v.

BRADSHAW MURPHY individually and as Members of Union Baptist Church;
CALVIN PATRICK, Individually and as Members of Union Baptist Church;
CHARLEY PETTES, Individually and as Members of Union Baptist Church;
LARRY EVANS, Individually and as Members of Union Baptist Church;
SANDRA COATES, Individually and as Members of Union Baptist Church;
CARAMEL ROUSE, Individually and as Members of Union Baptist Church;
DIAN MCMILLON, Individually and as Members of Union Baptist Church;
PAULA CROWE, Individually and as Members of Union Baptist Church;
CITYWIDE BANK, A Colorado State Chartered Banking Corporation,
AMBROSE SLAUGHTER, Individually and as a Secondary Employee Member of the Denver Police Department;
JAY SCOTT, Individually and as a Secondary Employee Member of the Denver Police Department; and
THE DENVER POLICE DEPARTMENT,

    Defendants,

and

CITYWIDE BANKS, a Colorado State-Chartered Banking Corporation,

    Third-party Plaintiff,

V.

UMB BANK COLORADO, n.a.,

    Third-party Defendant.

**ORDERS GRANTING STIPULATED MOTIONS TO DISMISS ALL DEFENDANTS WITH PREJUDICE, TO DISMISS UMB BANK'S CROSSCLAIMS WITH PREJUDICE, TO GRANT OTHER RELIEF, AND TO DISMISS THIS ACTION WITH PREJUDICE**

**I.   Order Granting Stipulated Motion to Dismiss With Prejudice Defendants Ambrose Slaughter, Jay Scott and the Denver Police Department and Other Relief (doc. no. 59)**

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice Defendants, Ambrose Slaughter, Jay Scott and the Denver Police Department and for Other Relief.  Good grounds having been shown, it is therefore ORDERED that:

1.   The Stipulated Motion to Dismiss with Prejudice Defendants, Ambrose Slaughter, Jay Scott and the Denver Police Department and for Other Relief, is GRANTED.

2.   The complaint against Defendants Ambrose Slaughter, Jay Scott and the Denver Police Department is hereby dismissed with prejudice, each party to pay their own costs and attorney's fees.

3.   The Denver Defendants' Motion for Leave to Amend or Supplement Answers to Assert Counterclaims and Crossclaims (doc. no. 52) is denied as moot.

4.   The Plaintiffs' Second Motion to Amend/Correct/Modify Amended Complaint (doc. no. 50) is denied as moot.

**II.  Order Granting Stipulated Motion for Dismissal With Prejudice and For Other Relief (doc. no. 62)**

This matter is now before the Court on the Stipulated Motion for Dismissal With Prejudice and for Other Relief filed by Plaintiffs Union Baptist Church, d/b/a Union Missionary Baptist Church, Gregory D. Johnson, Helene Ward, James Anderson and Margaret Bass, together with

Defendants Bradshaw Murphy, Calvin Patrick, Charley Pettes, Larry Evans, Sandra Coates, Caramel Rouse, Dian McMillon and Paula Crowe, Defendant Citywide Banks, and Third-Party Defendant UMB Bank Colorado n.a. Having reviewed and considered the stipulated motion, and for good cause shown, it is ORDERED as follows:

1. The Stipulated Motion for Dismissal With Prejudice and for Other Relief if GRANTED.

2. Plaintiffs' Amended Complaint against Citywide Banks hereby is dismissed with prejudice, with each party to bear its respective costs and attorney fees.

3. Citywide Banks' Crossclaim against Defendants Bradshaw Murphy, Calvin Patrick Charley Pettes, Larry Evans, Sandra Coates, Caramel Rouse, Dian McMillon and Paula Crowe here by is dismissed with prejudice, with each party to bear its respective costs and attorney fees.

4. Citywide Banks' Third-Party Complaint against UMB Bank Colorado n.a. hereby is dismissed with prejudice, with each party to bear its respective costs and attorney fees.

5. UMB Bank Colorado n.a.'s Counterclaim against Citywide Banks here is dismissed with prejudice, with each party to bear its respective costs and attorney fees.

6. UMB Bank Colorado n.a.'s Crossclaims against Plaintiffs hereby are dismissed with prejudice, with each party to bear its respective costs and attorney fees.

7. UMB Bank Colorado n.a.'s Crossclaim against Defendants Bradshaw Murphy, Calvin Patrick, Charley Pettes, Larry Evans, Sandra Coates, Caramel Rouse, Dian McMillon and Paula Crowe here is dismissed with prejudice, with each party to bear its respective costs and attorney fees.

8. Plaintiffs' Amended Motion to File [Second] Amended Complaint, Add Party Defendants and Amend Caption (doc. no. 50) hereby is denied as moot.

**III.     Order Dismissing the Action With Prejudice.**

It appears that all claims and crossclaims are now dismissed with prejudice.  Accordingly, the above entitled action in its entirety is now dismissed with prejudice.

DATED: September 19, 2008

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge