IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00848-DME-KMT

UNION BAPTIST CHURCH, doing business as Union Missionary Baptist Church,
GREGORY D. JOHNSON, Dr., individually and as President and Pastor of Union
Baptist Church, HELENE WARD, Sister, individually and as Director/Trustee of
Union Baptist Church, JAMES ANDERSON, Brother, individually, and as
Director/Trustee of Union Baptist Church, MARGARET BASS, Sister, individually
and as an Officer/Secretary/Treasurer of Union Baptist Church,

    Plaintiffs,

v.

BRADSHAW MURPHY, individually and as a member of Union Baptist Church,
CALVIN PATRICK, individually and as a member of Union Baptist Church,
CHARLEY PETTES, individually and as a member of Union Baptist Church,
LARRY EVANS, individually and as a member of Union Baptist Church,
SANDRA COATES, individually and as a member of Union Baptist Church,
CARAMEL ROUSE, individually and as a member of Union Baptist Church,
DIAN McMILLON, individually and as a member of Union Baptist Church,
PAULA CROWE, individually and as a member of Union Baptist Church,

    Defendants.

## REMAND ORDER

This matter is before the Court on the parties' "Stipulated Motion for Remand to Denver District Court" (Doc. 65), and Plaintiffs' "Motion for Temporary Restraining Order/Preliminary Injunction" (Doc. 68). Previously, pursuant to a partial settlement reached between the parties, this Court dismissed Plaintiffs' claims against Defendants Ambrose Slaughter, Jay Scott, the Denver Police Department and Citywide Bank, as well as Citywide's third-party complaint against U.M.B. Bank of Colorado and its cross-claim

against several plaintiffs. (Doc. 63.) At that time, this court prematurely held that "the above entitled action in its entirety is now dismissed with prejudice." (Doc. 63 at 4.) That portion of this Court's earlier order is WITHDRAWN. This Court grants the parties' stipulated motion to remand this case to state court. (Doc. 65.) And this court DISMISSES Plaintiffs' motion for a temporary restraining order/preliminary injunction without prejudice. (Doc. 68.) Plaintiffs will be able to raise that matter in the state court following remand.

Dated: November 26, 2008

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE